UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LORI L. HUYLER, AS
ADMINISTRATRIX OF THE
ESTATE OF PHILIP L. HUYLER
    Plaintiff

vs.                                             Civil Action No.:
                                                09-10130-NG

F/V MISTY DAWN, INC.,
    Defendant

---

### ORDER

    **IT IS HEREBY ORDERED** that after review of the documents presented by counsel, including the Release and supporting Mediation Memoranda and exhibits, the settlement in the amount of **$65,000.00** is APPROVED.

    **IT IS FURTHER HEREBY ORDERED** that the settlement funds be distributed in the amount of $ 19,868.35 to LORI L. HUYLER and the amount of $ 19,868.35 be deposited into the Uniform Gift to Minor Act account for CRAIG P. HUYLER, a minor.

Date: ~~April~~ May 5, 2010

By Order of the Honorable
District Court Judge,

_____
Nancy G. Gertner